UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEVEL ONE TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. 4:14 CV 1305 RWS |
| PENSKE TRUCK LEASING CO., L.P., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Level One Technologies, Inc. has filed a motion to reconsider my March 20, 2015 Order dismissing certain claims in this case. Level One's motion does not raise any legal or factual issues that were not considered by me in my previous order. A motion under Rule 60(b) "is not a vehicle for simple reargument on the merits." Broadway v. Norris, 193 F.3d 987, 990 (8th Cir. 1999).

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Level One Technologies, Inc.'s motion for reconsideration #[26] is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff shall file an amended complaint in accordance with the terms of this Order and the Court's March 20, 2015 Order no later than **April 27, 2015**.

                                                                                      _____
                                                                                      RODNEY W. SIPPEL
                                                                                      UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2015.